Judge: Timothy W. Dore
Chapter: 13

United States Bankruptcy Court
Western District of Washington at Seattle

In RE:  Chapter 13 Case # 13-19230

Emilie V. Padiernos
11300 1St Ave Ne #118
Seattle,Wa 98125

Debtor(s)

## Chapter 13 Trustee's Report of Filed Claims
May 14, 2014

The office of the Chapter 13 Trustee reports that both the governmental and non-governmental bar dates have expired in the above-encaptioned case. The Trustee's staff has examined the schedules of debts filed in this case as well as the records of the Clerk of the United States Bankruptcy Court. Based upon that examination, the Trustee's office submits the following report of the names and addresses of the creditors who have timely filed a proof of claim in this case, together with the amount set forth on each such claim.

K. Michael Fitzgerald
Chapter 13 Trustee

Chapter 13 Case No.  13-19230

| Name and Address of Creditor | Amount | Classification | |
|---|---|---|---|
| Aaron Adee<br>The Adee Law Firm, Pllc<br>705 2Nd Ave Ste 1000<br>Seattle,WA 98104-1758 | $0.00<br>Clm#: 2<br>Level: 98 | Y - Notice Only<br><br>Comm:<br>Acct # | Y |
| American Infosource Lp<br>Po Box 71083<br>Charlotte,NC 28272 | $510.17<br>Clm#: 3<br>Level: 40 | U - Unsecured<br><br>Comm: Capital One Bank<br>Acct # 0789/x1529 | |
| Atlas Acquisitions Llc<br>294 Union St.<br>Hackensack,NJ 07601 | $738.05<br>Clm#: 34<br>Level: 40 | U - Unsecured<br><br>Comm: not orig listed/ShopNBC<br>Acct # 4928 | |
| Caliber Home Loans Inc<br>Po Box 24330<br>Oklahoma City,OK 73124 | $9,868.46<br>Clm#: 35<br>Level: 14 | ) - Post Petition Mortgage Delq<br><br>Comm: 11-13~3-14 (5 pmts)<br>Acct # x0344 | |
| Caliber Home Loans Inc<br>Po Box 24330<br>Oklahoma City,OK 73124 | $0.00<br>Clm#: 6<br>Level: 8 | Continuing Debt<br>@ $1,968.92 Per Month<br>Comm: SD 4-14/disputed<br>Acct # x0344/DOT 5-25-07 | |

| Creditor | Amount | Claim Info | Notes | |
|---|---|---|---|---|
| Caliber Home Loans Inc<br>Po Box 24330<br>Oklahoma City,OK 73124 | $42,146.94<br>Clm#: 27<br>Level: 17 | D - 1St Mortgage Delinquency<br>@ $50.00 Per Month<br>Comm: ~10-13/SD 4-14/Inc pmt to $300 in 7<br>Acct # x0344(Household Fin) | | |
| Cashcall<br>Po Box 66007<br>Anaheim,CA 92816 | $0.00<br>Clm#: 5<br>Level: 98 | Y - Notice Only<br>Comm:<br>Acct # | Y | |
| Christina Latta Henry<br>Henry, Degraaf & Mccormick<br>1833 N 105Th St #200<br>Seattle,WA 98133 | $0.00<br>Clm#: 25<br>Level: 22<br>Datty | Q - Additional Attorney Fee<br>Comm:<br>Acct # | | |
| Clerk Of Bankruptcy Court<br>Finance Dept. Us Court House<br>700 Stewart St, 6Th Flr #6301<br>Seattle,WA 98101 | $181.00<br>Clm#: 0<br>Level: 1<br>200000 | Filing Fee<br>@ $181.00 Per Month<br>Comm:<br>Acct # | | |
| Household Finance Corporation Iii<br>C/O Clear Recon Corp<br>9311 Se 36Th Street<br>Suite 100<br>~~Mercer Island,WA 98040~~ | $0.00<br>Clm#: 8<br>Level: 98 | Y - Notice Only<br>Comm: HFC/Beneficial Mtg Services<br>Acct # | Y | |
| Household Finhance Corporation<br>C/O Clear Recon Corp<br>9311 Se 36Th Street<br>Suite 100<br>~~Mercer Island,WA 98040~~ | $0.00<br>Clm#: 9<br>Level: 98 | Y - Notice Only<br>Comm: HFC/Beneficial Mtg Services<br>Acct # | Y | |
| Integrated Oriental Med Inc<br>10212 Fifth Ave Ne<br>Ste 140<br>Seattle,WA 98125 | $0.00<br>Clm#: 11<br>Level: 24 | Not Filed<br>Comm: no pmt until lawsuit is resolved<br>Acct # 2757 | X | |
| Internal Revenue Service<br>Po Box 7317<br>Philadelphia,PA 19101 | $0.00<br>Clm#: 30<br>Level: 40<br>Pmts Go To | U - Unsecured<br>Comm:<br>Acct # x2503 | | |
| Internal Revenue Service<br>Po Box 7346<br>Philadelphia,PA 19101 | $0.00<br>Clm#: 12<br>Level: 98<br>Corr Only | Y - Notice Only<br>Comm:<br>Acct # | Y | |
| Internal Revenue Service<br>Po Box 7317<br>Philadelphia,PA 19101 | $0.00<br>Clm#: 10<br>Level: 32<br>Pmts Go To | M - Irs<br>Comm: I11/$0.00 owed<br>Acct # x2503 | | |

| Creditor | Amount | Type | Notice |
|---|---|---|---|
| James Strichartz Law Offices<br>201 Queen Anne Ave N #400<br>Seattle,WA 98109-4824 | $0.00<br>Clm#: 29<br>Level: 98<br>028217 | 2002 Notice<br><br>Comm: Northgate West Condominium Asso<br>Acct # | N |
| Kevin Atwood Peck<br>The Peck Law Firm, Pllc<br>1423 Western Ave<br>Seattle,WA 98101-2021 | $0.00<br>Clm#: 14<br>Level: 98 | Y - Notice Only<br><br>Comm:<br>Acct # | Y |
| Law Office Of James L. Strichartz<br>201 Queen Anne Avenue North<br>Suite 400<br>Seattle,WA 98109-4824 | $0.00<br>Clm#: 15<br>Level: 98 | Y - Notice Only<br><br>Comm: North West Condo Assoc<br>Acct # | Y |
| Northgate West Condominium Association<br>% James Strichartz Law Office<br>201 Queen Anne Ave N #400<br>Seattle,WA 98109 | $9,938.18<br>Clm#: 31<br>Level: 8 | = - Other Secured Delq<br>@ $200.00 Per Month<br>Comm: ~10-13/SD 12-13/Stip order 11-14-1<br>Acct # 11184-03 | |
| Northgate West Condominium Association<br>% James Strichartz Law Office<br>201 Queen Anne Ave N #400<br>Seattle,WA 98109 | $0.00<br>Clm#: 19<br>Level: 8 | Continuing Debt<br>@ $299.61 Per Month<br>Comm: SD 11-13/Stip order 11-14-13/app<br>Acct # 11184-03 | |
| Patty Jean Bollenbeck<br>23129 87Th Ave W<br>Edmonds,WA 98026 | $0.00<br>Clm#: 20<br>Level: 98 | Y - Notice Only<br><br>Comm:<br>Acct # | Y |
| Pite Duncan Llp<br>4375 Jutland Dr #200<br>San Diego,CA 92117 | $0.00<br>Clm#: 32<br>Level: 98<br>162553 | 2002 Notice<br><br>Comm: Household Finance<br>Acct # | N |
| Tidewater Finance Company<br>Po Box 13306<br>Chesapeake,VA 23325 | $0.00<br>Clm#: 33<br>Level: 98 | 2002 Notice<br><br>Comm:<br>Acct # | N |
| Tidewater Finance Company<br>Po Box 13306<br>Chesapeake,VA 23325 | $17,014.38<br>Clm#: 21<br>Level: 8 | 2 - 910 Vehicle<br>@ $420.00 Per Month<br>Comm: SD 12-13/07 BMW/per plan app/No<br>Acct # 5492 | |
| Us Claims<br>1221 N Church Street<br>Suite 103<br>Moorestown,NJ 08057 | $0.00<br>Clm#: 22<br>Level: 24 | Not Filed<br><br>Comm: no pmt until lawsuit is resolved<br>Acct # 1638 | X |

| | | |
|---|---|---|
| Us Claims<br>1221 N Church Street<br>Suite 103<br>Moorestown,NJ 08057 | $0.00<br>Clm#: 28<br>Level: 24 | Judgment Lien<br><br>Comm: no pmt until lawsuit is resolved<br>Acct # |
| Weinstein And Riley Ps<br>Po Box 3978<br>Seattle,WA 98124 | $2,593.87<br>Clm#: 4<br>Level: 40 | U - Unsecured<br><br>Comm: disputed/CashCall<br>Acct # 0200 |

**Total Claimed Amount: $82,991.05**

To Debtor:

Shown above is a report of your creditors' names and addresses, and the amounts of their claims. The above figures do not reflect any payments and may not be the current balances. They are the ORIGINAL amounts shown on the proofs of claim filed by your creditors. This list is not an audit and does not include the Trustee's administrative charges, although it does include your attorney's fees, if any, paid through the plan.

Please check this report carefully. If you dispute any amounts claimed by your creditors you must contact your attorney. A copy of this report has been forwarded to your attorney.

Objections to claims in chapter 13 cases must be filed and served no later than 270 days from the petition date, unless good cause is shown. Local Bankruptcy Rule 3007-1(b). Objections to claims shall be filed and served at least 30 days preceding the date fixed for hearing. Local Bankruptcy Rule 9013-1(d)(2)(C). See also Federal Rule of Bankruptcy Procedure 3007.

The Trustee distributes funds pursuant to the plan. Therefore, disputed claims and untimely claims may receive disbursements until a written objection is filed. Whether a claim is filed timely or late, it is allowed unless a party in interest objects. 11 U.S.C. § 502(a); In re Smith, No. 09-43823, 2010 WL 5018379, at * 2 - 3 (Bankr. W.D. Wa. Dec. 3, 2010). In addition, in the absence of an objection, even an untimely proof of claim is entitled to payment through the plan in the same manner as other claims of its class. Smith, 2010 WL 5018379, at *3.

You must contact your attorney immediately if you have questions or concerns.

The claim numbers assigned by this office are not the official claim numbers. Please refer to the claim numbers displayed on CM/ECF when filing documents in this case and do not refer to the claim number displayed by this office.

May 14, 2014

CC: Christina Latta Henry
Henry, Degraaf & Mccormick
1833 N 105Th St #200
Seattle,WA 98133

K. Michael Fitzgerald, Trustee
Chapter 13 Bankruptcy Trustee
600 University St. #2200
Seattle,WA 98101
www.seattlech13.com
Phone: (206) 624-5124
Fax:(206) 624-5282